## *LIPMAN & BOOTH, LLC*

ATTORNEYS AT LAW
www.lipmanandbooth.com

CHRISTOPHER BOOTH
NOAH LIPMAN (RET)



11 BROADWAY, SUITE 1054
New York, New York 10004
TEL: (212) 363-6969
FAX: (212) 363-6041
cbooth@lipmanandbooth.com

February 8, 2022

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Via ECF

**MEMO ENDORSED**

Re: **United States v. Luis Mercado**
**17-CR-00738 (LAK)**
**Motion To Terminate Supervised Release**

Dear Judge Kaplan:

Your Honor sentenced my client Luis Mercado, on September 12, 2019, in the main, to time served and 3 years' supervised release based upon a plea agreement. On February 18, 2021, your Honor ordered a modification, at Mr. Mercado's request, to terms of supervised release, that both facilitated his employment opportunities and better positioned his family's economic circumstances. Specifically, this modification permitted Mr. Mercardo to travel to and within the states of New York, New Jersey, Pennsylvania and Connecticut, states where he could reasonably expect to have construction or labor employment, without prior approval of U.S. Probation.

Luis Mercado has been and remains in full compliance of all supervised release terms, both the original and the modified. Mr. Mercado has been on supervised release for 2 years and 4 ½ months (28 of 36) and is now seeking to end his supervised release to improve his employment opportunities and living arrangements and place this episode in his past. I requested early termination to U.S. Probation and U.S. Probation Officer Christina Alexander replied by email:

RECOMMENDATION:
Based on his overall compliance and our understanding that the monetary obligation will remain under the jurisdiction of the Southern District of New York's United States Attorney's Office Financial Litigation Unit (FLU) for twenty (20) years from the imposition of sentence, it is the respectful recommendation of the Probation Department that Mr. Mercado's be granted an early termination from supervised release.

I have communicated with A.U.S.A. Cecilia who consents to this request.

Wherefore, it is respectfully requested that the Court terminate supervised release.

Respectfully,

/s
Christopher Booth

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

2/10/22